CYRUS C. WILCOX, Respondent, v. MUTUAL MILK AND CREAM COMPANY, Appellant.

*Wilcox* v. *Mutual Milk & Cream Co.*, 134 App. Div. 908, affirmed.
(Argued February 23, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant, his employer.

*S. B. Mead* and *Irving G. Hubbs* for appellant.

*Giles S. Piper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.   Absent: HAIGHT, J.